USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BIOMED PHARMACEUTICALS, INC.,
                        Plaintiff,

-against-

OXFORD HEALTH PLANS (NY), INC.,
                        Defendant.
------------------------------------------------------------X

10 **CIVIL** 7427 (JSR)

**JUDGMENT**

Whereas following a bench trial, the Court, by "bottom line" Order dated December 29, 2011, having found in favor of defendant, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on June 25, 2012, having rendered its Findings of Fact and Conclusions of Law reaffirming its bottom line Order of December 29, 2011 and denying Biomed's claim in its entirety, and directing the Clerk to enter judgment in favor of defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated June 25, 2012, the Court reaffirms its bottom line Order of December 29, 2011 and denies Biomed's claim in its entirety; accordingly, judgment is entered in favor of defendant.

**Dated:** New York, New York
         June 27, 2012

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                         BY:
                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____