**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BIOMED PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>OXFORD HEALTH PLANS (NY), INC.,<br><br>Defendant. | Civil Action No. 1:10-cv-07427-JSR<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Biomed Pharmaceuticals, Inc., Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment dated June 27, 2012 of the United States District Court for the Southern District of New York which denied Plaintiff's claim for unlawful denial of health insurance benefits pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(a)(1)(B).

Dated: July 26, 2012

McDermott Will & Emery LLP

By:   /s/ *Michael J. Dillon*
Michael J. Dillon (MD4553)
340 Madison Avenue
New York, NY 10173
Tel: (212) 547-5400
Fax: (212) 547-5444

Steven E. Siff (*pro hac vice*)
333 Avenue of the Americas
Miami, FL 33131
Tel: (305) 347-6511
Fax: (305) 347-6500

*Attorneys for Plaintiff*
*Biomed Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2012, I caused to be electronically filed PLAINTIFF BIOMED PHARMACEUTICALS, INC.'S NOTICE OF APPEAL and caused to be served a true and correct copy of the aforementioned document by electronic and regular mail upon the following:

>Michael H. Bernstein, Esq.
>Sedgwick LLP
>125 Broad Street, 39th Floor
>New York, NY  10004
>
>John T. Seybert, Esq.
>Sedgwick LLP
>125 Broad Street, 39th Floor
>New York, NY  10004
>
>*Attorneys for Defendant Oxford Health Plans (NY), Inc.*

           /s/ *Michael J. Dillon*
           Michael J. Dillon