UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BIOMED PHARMACEUTICALS, INC.,          :
                                       :
            Plaintiff,                 :     10 Civ. 7427 (JSR)
                                       :
        -v-                            :     ORDER
                                       :
OXFORD HEALTH PLANS (NY), INC.,        :
                                       :
            Defendant.                 :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

The Court hereby orders that the exhibits listed in the attached appendix to this Order and included in electronic format on the discs sent by the parties be docketed as part of the record for plaintiff's appeal to the Second Circuit.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 10, 2012

## EXHIBIT A

## PARTIES' TRIAL EXHIBIT LIST

| PLAINTIFF'S EXHIBIT NO. | BATES NO. RANGE OR DESCRIPTION [1] |
|---|---|
| 1 | BIOMED 000001-154 |
| 2 | BIOMED 000155-327 |
| 3 | BIOMED 000328-329 |
| 4 | BIOMED 000330 |
| 5 | BIOMED 000334-335 |
| 6 | BIOMED 000338-359 |
| 8 | BIOMED 000370-371 |
| 9 | BIOMED 000375-393 |
| 10 | BIOMED 000394-397 |
| 11 | BIOMED 000497-502 |
| 12 | BIOMED 000553-560 |
| 13 | BIOMED 000561-562 |
| 14 | BIOMED 000578-583 |
| 15 | BIOMED 000584 |
| 16 | BIOMED 000588-594 |
| 20 | BIOMED 001087-1091 |
| 21 | BIOMED 001749-1752 |

---

[1] Bates numbers beginning with "BIOMED" refer to documents produced by Oxford. Bates number beginning with "BIO" refer to documents produced by Biomed.

| PLAINTIFF'S EXHIBIT No. | BATES NO. RANGE OR DESCRIPTION [1] |
|---|---|
| 22 | BIOMED 001782-1783 |
| 23 | BIOMED 001799-1800 |
| 24 | BIOMED 002718-2721 |
| 25 | BIOMED 001161-1169, 1267-1288, 1300-1309, 1324-1342, 1354-1386, 1396-1536, 1684-1810, 1818-1871, 1893-1953, 1973-2015, 2033-2083, 2103-2182, 2212-2222, 2232-2256, 2268-2287, 2299-2309, 2319-2338, 2348-2382, 2392-2439, 2458-2484, 2492-2518, 2542-2561, 2571-2582, 2592-2611, 2625-2655, 2669-2679, 2689-2701, 2724-2734, BIO 00000165-175, 206-208, 364-367, 384-385, 399 |
| 26 | BIOMED 003300-3303 |
| 27 | BIOMED 003304-3307 |
| 31 | BIOMED 003907-3910 |
| 32 | BIO 0000038-51 |
| 33 | BIOMED 003911-3942 |
| 34 | BIOMED 003948 |
| 36 | BIOMED 003996-4002 |
| 38 | BIOMED 004005-06 |
| 46 | BIO 0005821 |
| 47 | BIO 0005822 |
| 48 | BIO 0005824 |
| 49 | BIO 0005825 |

| PLAINTIFF'S EXHIBIT No. | BATES NO. RANGE OR DESCRIPTION [1] |
|---|---|
| 50 | BIO 0005829 |
| 56 | Summary chart of Patient's claims for which Oxford withheld 30% in addition to UCR adjustment |

| DEFENDANT'S EXHIBIT NO. | BATES NO. RANGE |
|---|---|
| B | BIO 4837 |
| C | BIO 1539, 1278, 1304, 1305, 1509, 1538, 1406; BIOMED 3562 |

| JOINT EXHIBIT NO. | BATES NO. RANGE |
|---|---|
| A | BIOMED 000001-003906 |

## PARTIES' DEPOSITION DESIGNATIONS FOR TRIAL

1. Parties' designations of testimony for trial from the June 7, 2011, Fed. R. 30(b)(6) Deposition of Oxford Health Plans (NY), Inc. (per its designated witness Ms. Jacqueline Rivera), which were submitted to the Court on November 9, 2011.

2. Parties' designations of testimony for trial from the June 13, 2011, Deposition of Ms. Cynthia Nunes, which were submitted to the Court on November 9, 2011.

3. Parties' November 9, 2011 designations of testimony for trial from the June 15, 2011, Deposition of Ms. Susan Cervero, which were submitted to the Court on November 9, 2011.

4. Parties' Objections and Counter-designations concerning Deposition Designations for trial, which were submitted to the Court on November 9, 2011.