N.Y.S.D. Case #
10-cv-7427(JSR)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of February, two thousand and fourteen.

_____

Biomed Pharmaceuticals, Inc.,

Plaintiff-Appellant,

v.

Oxford Health Plans (NY), Inc.,

Defendant-Appellee.
_____

STATEMENT OF COSTS

Docket No. 12-3023

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** February 07, 2014

IT IS HEREBY ORDERED that costs are to be taxed in the amount of $247.20 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 02/07/2014